FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Feb 19, 2021**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| UNITED STATES OF AMERICA, | No. 1:21-MJ-04028-MKD-1 |
|---|---|
| Plaintiff, | ORDER GRANTING DEFENDANT'S MOTION TO PERMIT TRAVEL |
| vs. | |
| MICHAEL PREDILETTO, | **ECF No. 13** |
| Defendant. | |

Before the Court is Defendant's Motion to Permit Travel (ECF No. 13). For the reasons set forth in the Motion;

**IT IS ORDERED:**

1. Defendant's Motion to Permit Travel (**ECF No. 13**) is **GRANTED**.

2. Defendant's previously imposed Special Condition of Release No. 18 (ECF No. 11) shall be temporarily modified to permit Defendant **to travel to Billings, Montana via Portland, Oregon on February 23, 2021** for the purposes of attending his court hearing.  The Court does not require that a chaperone accompany Defendant during his travel.  Defendant shall communicate with his

ORDER GRANTING DEFENDANT'S MOTION TO PERMIT TRAVEL - 1

assigned pretrial services officer regarding return to the district depending upon the outcome of his court hearing. All other previously imposed conditions of release shall remain in effect.

DATED February 19, 2021

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING DEFENDANT'S MOTION TO PERMIT TRAVEL - 2